CLARA E. THOMPSON AND HUSBAND *v.* ANN B. NORWOOD AND HUSBAND.

CHANCERY. *Foreclosure of mortgage. Complainant in possession.*
  The fact that a mortgagee has obtained possession of the mortgaged land by an action of unlawful detainer, or otherwise, does not preclude him from maintaining a suit for foreclosure.

APPEAL from the Chancery Court of Claiborne County.
Hon. T. Y. BERRY, Chancellor.

Clara E. Thompson and her husband filed their bill in chancery against Ann B. Norwood and her husband, to foreclose a mortgage given by the defendants on certain described lands, default having been made in the payment of the debt secured. The complainants had already obtained possession of the land by an action of unlawful detainer. The defendants demurred to the bill for want of equity. The demurrer was sustained and the bill dismissed.

*J. D. Vertner*, for the appellants.

The condition of the mortgage being broken, the mortgagees were entitled to the remedy of unlawful detainer. Code 1871, sect. 1582. And by pursuing that remedy they did not lose their right to foreclose the mortgage. *Hill* v. *Robertson*, 2 Cushm. 368.

No counsel for the appellees.

CAMPBELL, J., delivered the opinion of the court.

The fact that the mortgagee had recovered possession of the mortgaged land presented no reason why her bill to foreclose should not be maintained.

Decree reversed, demurrer overruled, and defendant to answer in thirty days after the mandate herein shall have been filed in the Chancery Court.